## Department of Transportation *v.* Javens.

Argued November 10, 1971, before Judges WILKINSON, JR., MENCER and ROGERS, sitting as a panel of three.

530

*David A. Johnston, Jr.,* Assistant Attorney General, with him *Anthony J. Maiorana,* Assistant Attorney General, *Robert W. Cunliffe,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for appellant.

No appearance for appellee.

PER CURIAM:

ORDER

Now, December 9, 1971, the order of the Court of Common Pleas of Beaver County is affirmed upon the able opinion of Judge J. QUINT SALMON, 31 Beaver County Legal Journal 137 (1971).